COM.

v.

BROWN, G.

788 WDA 2016

Superior Court of Pennsylvania.

08/01/2017

CP–02–CR–0000981–2015
(Allegheny)

Affirmed

COM.

v.

STAIR, R.

1217 WDA 2016

Superior Court of Pennsylvania.

08/01/2017

CP–02–CR–0014326–2015
(Allegheny)

Affirmed

COM.

v.

SNYDER, R.

1320 WDA 2016

Superior Court of Pennsylvania.

08/01/2017

CP–42–CR–0000267–2015 (McKean)
Affirmed

CRONER, H.

v.

POPOVICH, S.

1595 WDA 2016

Superior Court of Pennsylvania.

08/01/2017

221 Civil 1991 (Somerset)
Affirmed

COM.

v.

CAMERON, P.

1879 WDA 2016

Superior Court of Pennsylvania.

08/01/2017

CP–02–CR–0006725–2016
(Allegheny)
Affirmed